[No. 23104-2-II.  Division Two.  September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT LEROY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00333-7, David E. Foscue, J., entered March 9, 1998. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 24838-7-II.  Division Two.  September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE TONYA SPEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01057-6, Barbara D. Johnson, J., entered June 22, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 23667-2-II.  Division Two.  September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD R. DAHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00059-7, James B. Sawyer II, J., entered August 14, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24756-9-II.  Division Two.  September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHAN DOWAND SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-8-03992-0, Brian M. Tollefson, J., entered May 13, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.